UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan H. Lefkow |
| Mississippi corporation, | ) | |
| | ) | |
| Debtor. | ) | |

## APPELLANT SCATTERED CORPORATION'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF CONTENT OF RECORD ON APPEAL

Scattered Corporation, by and through its undersigned attorneys, pursuant to Fed. R. Bankr. P. 8006, designates the following items of the record which it proposes to include in the record on appeal of the Order (the "Order") entered by United States Bankruptcy Judge A. Benjamin Goldgar in the Chapter 11 case denying confirmation of the Debtor's Plan dated November 1, 2007.

### Statement of Issues to be Presented on Appeal

1. Did the Bankruptcy Court err in its interpretation of 11 U.S.C. § 1129(a)(10), specifically, its requirement that an impaired non-insider class accept the Plan, where Debtor has no non-insider creditors?

2. Did the Bankruptcy Court err in its interpretation of Debtor's Plan as solely for the purpose of tax avoidance, and therefore in violation of 11 U.S.C. § 1129(d)?

### Designation of Content of Record on Appeal[1]

1. Docket no. 83: Debtor's Chapter 11 plan of reorganization

2. Docket no. 89: Debtor's Chapter 11 disclosure statement

3. Docket no. 102: Report of balloting

---

[1] Pursuant to Fed. R. Bankr. P. 8006, Appellant will provide the Clerk's Office of the U.S. District Court with hard copies of the documents listed in this designation.

4. Docket no. 106: United States Trustee's objection to confirmation of plan

5. Docket no. 118: Debtor's response to objection of United States Trustee to the adequacy of the Debtor's disclosure statement and confirmation of Debtor's plan of reorganization

6. Docket no. 124: Debtor's surreply in opposition to objection of United States Trustee to the adequacy of the Debtor's disclosure statement and confirmation of Debtor's plan of reorganization

7. Docket no. 126: Debtor's amended surreply in opposition to objection of United States Trustee to the adequacy of the Debtor's disclosure statement and confirmation of Debtor's plan of reorganization

8. Docket no. 130: Memorandum Opinion re: denial of confirmation

9. Docket no. 131: Order denying confirmation of Chapter 11 plan

10. Transcript of January 17, 2007 confirmation hearing before Judge Goldgar

Respectfully submitted,

SCATTERED CORPORATION

By: /s/ Colleen E. McManus
    One of its attorneys

Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus ARDC No. 06243473
**Much Shelist Denenberg Ament
    & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Phone: 312-521-2000
Fax: 312-521-2100

## Certificate of Service

Colleen E. McManus, an attorney, certifies that on the 26th day of November 2007, she caused the foregoing document to be served upon the following parties via U.S. mail, postage pre-paid.

| | |
|---|---|
| Scott R. Clar, Esq.<br>Crane, Heyman, Simon, Welch & Clar<br>135 S. LaSalle Street, Suite 3705<br>Chicago, IL 60603<br>Phone: (312) 641-6777<br>Counsel for South Beach Securities, Inc. | Gregory Jordan<br>Polsinelli Shalton Flanigan Suelthaus, PC<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4525<br>Chicago, IL 60601<br>Phone: (312) 819-1900<br>Counsel for Leon Greenblatt |
| M. Gretchen Silver<br>Cameron M. Gulden<br>United States Trustee's Office<br>227 W. Monroe Street, Suite 3350<br>Chicago, IL 60606<br>Phone: (312) 886-3327<br>Counsel for U.S. Trustee William T. Neary | |

/s/ Colleen E. McManus