UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan H. Lefkow |
| Mississippi corporation, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on November 26, 2007, I caused the attached **Appellant Scattered Corporation's Statement of Issues to be Presented and Designation of Content of Record on Appeal** to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

SCATTERED CORPORATION

By:   /s/ Colleen E. McManus
One of Its Attorneys

Louis D. Bernstein, ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
**MUCH SHELIST DENENBERG
AMENT & RUBENSTEIN, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois  60606
Telephone:  312-521-2000
Facsimile:  312-521-2100