IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 07-CV-06532 |
| South Beach Securities, Inc. | ) | |
| a Mississippi corporation, | ) | Judge Joan H. Lefkow |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER EXTENDING TIME TO FILE APPELLATE BRIEF

AT CHICAGO, Illinois in said Division and District before the Honorable Judge Joan H. Lefkow, District Court Judge, this ___ day of December 2007:

This cause coming on the Motion of South Beach Securities, Inc., a Mississippi corporation, Appellant herein ("South Beach") to Extend Time to File Appellant Brief, due and written notice having been given to all parties entitled thereto, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the time for South Beach to file its Appellate brief shall be and hereby is extended through and including January 3, 2008.

DATED: _____          ENTERED:


                                _____

CRANE, HEYMAN, SIMON, WELCH & CLAR
Attorneys for Debtor/Debtor-in-Possession
135 South LaSalle Street, Suite 3705
Chicago, Illinois 60603
(312) 641-6777
W:\Sally\South Beach\Appeal - Dist Ct\Order - Extend time.wpd