IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 07-CV-06532 |
| South Beach Securities, Inc. ) | |
| a Mississippi corporation, ) | Judge Joan H. Lefkow |
| ) | |
| ) | |
| Debtor. ) | |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

    PLEASE TAKE NOTICE that on the 11th day of December 2007, at the hour of 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow, United States District Court, Northern District of Illinois, Eastern Division, Room 1925 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other District Court Judge who may be presiding in her place and stead, and shall then and there present the following: **MOTION TO EXTEND TIME TO FILE APPELLANT BRIEF**, a copy of which is attached hereto and herewith served upon you, and we shall pray for the entry of orders in compliance therewith.  At said time and place you may appear if you so see fit.

                                                                                       /s/Scott R Clar

**CERTIFICATE OF SERVICE**

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing **MOTION TO EXTEND TIME TO FILE APPELLANT BRIEF** to be served on all parties listed on the attached service via first class mail and via facsimile (where indicated) and via e-mail (where indicated) on this 3rd day of December 2007, from 135 South LaSalle Street, Chicago, Illinois 60603.

                                                                                       /s/Scott R Clar

Scott R. Clar (Atty. No. 06183741)
Jeffrey C. Dan (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Ste. 3705
Chicago, IL 60603
312-641-6777
W:\Sally\South Beach\Appeal - Dist Ct\Ext Time File Brief.wpd

## **SERVICE LIST**

**Via e-mail** LBernstein@muchshelist.com
Louis D. Bernstein
Gould & Ratner
222 N. LaSalle St.
Suite 800
Chicago, IL 60601

**Via e-mail** lgreenblatt@looptel.com
Leon A. Greenblatt III
330 S. Wells St., Suite 718
Chicago, IL 60603

**Via Facsimile** No. 312-886-5794
M. Gretchen Silver
United States Trustee's Office
227 West Monroe St.
Suite 3350
Chicago, IL 60606