## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan H. Lefkow |
| Mississippi corporation, | ) | |
| | ) | Hearing: Tuesday, Dec. 11, 2007 |
| Debtor. | ) | at 9:30 a.m. |

### APPELLANT SCATTERED CORPORATION'S MOTION
### TO EXTEND TIME TO FILE APPELLATE BRIEF

Scattered Corporation ("Scattered"), appellant herein, by its undersigned counsel, moves this Court to extend the time in which it may file its brief in support of appeal

1. Scattered filed its notice of appeal of the Bankruptcy Court's order dated November 1, 2007 denying confirmation of South Beach Securities, Inc.'s plan of reorganization. The appeal was transmitted to the District Court on November 19, 2007.

2. Scattered timely filed its designation of items for the record on appeal and statement of issues for appeal on November 26, 2007.

3. By Scattered calculation, its brief in support of appeal is due December 4, 2007.

4. Due to the press of other litigation deadlines and the client's business commitments, Scattered requests an additional 30 days in which to file its brief in support of appeal.

2

   WHEREFORE, Scattered Corporation requests an extension to January 3, 2008 of the time in which it may file its brief in support of appeal, and for such other relief as this Court deems just and proper.

                  Respectfully submitted,

                  SCATTERED CORPORATION

                  By:  /s/ Colleen E. McManus
                     One of its attorneys

                  Louis D. Bernstein ARDC No. 6192379
                  Colleen E. McManus ARDC No. 06243473
                  **Much Shelist Denenberg Ament**
                    **& Rubenstein, P.C.**
                  191 N. Wacker Drive, Suite 1800
                  Chicago, IL  60606
                  Phone:  312-521-2000
                  Fax:  312-521-2100