## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| **SOUTH BEACH SECURITIES, INC.,** a Mississippi corporation, | ) ) ) | Hon. Joan H. Lefkow |
| | ) | Hearing: Tuesday, Dec. 11, 2007 |
| Debtor. | ) | at 9:30 a.m. |

### NOTICE OF MOTION

TO:   See Attached List

**PLEASE TAKE NOTICE** that on Tuesday, December 11, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before The Honorable Joan H. Lefkow in a courtoom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her stead, and shall then and there present the attached Motion of Scattered Corporation's to Extend Time to File Appellate Brief, a copy of which accompanies this notice.

**Scattered Corporation**


By: /s/Colleen E. McManus
     One of its Attorneys


Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
Much Shelist Denenberg
  Ament & Rubenstein, PC
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
312-521-2000

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on December 3, 2007, she caused the **Appellant Scattered Corporation's Motion to Extend Time to File Appellate Brief** to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| Scott R. Clar: sclar@craneheyman.com | Cameron M. Gulden: Cameron.m.gulden@usdoj.gov |
|---|---|
| William T. Neary : USTPRegion11.ES.ECF@usdoj.gov | |

/s/ Colleen E. McManus

## SERVICE LIST FOR SOUTH BEACH SECURITIES, INC. APPEAL

Gretchen Silver
Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60604

Scott R. Clar, Esq.
Crane Heyman Simon Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
<u>Counsel for South Beach Securities, Inc.</u>