## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan H. Lefkow |
| Mississippi corporation, | ) | |
| | ) | |
| Debtor. | ) | |

### APPELLANT SCATTERED CORPORATION'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO APPEAL

Appellant Scattered Corporation ("Scattered"), by its undersigned counsel, submits this reply in support of its motion ("Motion") for leave to appeal and in opposition to the United States Trustee's objection to the Motion.

1. Scattered filed its notice of appeal of the Bankruptcy Court's order, dated November 1, 2007, denying confirmation of South Beach Securities, Inc.'s plan of reorganization. The appeal was transmitted to the District Court on November 19, 2007.

2. Because the Bankruptcy Court order is interlocutory, Scattered filed the Motion.

3. The U.S. Trustee objected to the Motion[1], arguing that Scattered did not satisfy the requirement of Fed. R. Bankr. P. 8003(a)(3) in that it failed to assert why this Court should hear an appeal on an interlocutory basis before a final order is entered in the bankruptcy case.

4. The order denying confirmation involves a controlling question of law--*i.e.*, whether the Bankruptcy Court erred in interpreting the requirements for confirmation of a plan under Bankruptcy Code Section 1129--as to which there is substantial ground for difference of opinion, and immediate appeal from the order will materially advance the ultimate disposition of the bankruptcy case. *See In re Sperna*, 173 B.R. 654 (9th Cir. BAP 1994).

---

[1] The Motion and the objection were filed and docketed in the bankruptcy case because this appeal had not yet been transmitted to the District Court.

5.      Here, there can be no dispute that denial of plan confirmation in a Chapter 11 case puts the bankruptcy case at a standstill.  An appeal must be disposed of in this Court one way or the other so that:  (i) if the order denying confirmation is reversed, South Beach can move forward with plan confirmation and reorganization; or (ii) if the order denying confirmation is affirmed, South Beach can return to Bankruptcy Court and propose a new plan of reorganization or the case will be dismissed.

6.      Finally, the Bankruptcy Court did not rule on the U.S. Trustee's motion to dismiss the bankruptcy case, preferring to wait for this Court to decide the Motion.  If this Court were to deny the Motion, the Bankruptcy Court then likely would grant the motion to dismiss the bankruptcy case, rendering the latter order final and appealable and bringing the parties right back before this Court on the same issues.  Thus, for the sake of judicial economy, Scattered submits that this Court should grant the Motion and decide the appeal of the order denying confirmation.

7.      Scattered respectfully requests that this Court enter an order granting the motion for leave to appeal and then hearing this appeal immediately.

                                        SCATTERED CORPORATION

                                        By: /s/ Colleen E. McManus
                                              One of its attorneys

                                        Louis D. Bernstein ARDC No. 6192379
                                        Colleen E. McManus ARDC No. 06243473
                                        **Much Shelist Denenberg Ament
                                            & Rubenstein, P.C.**
                                        191 N. Wacker Drive, Suite 1800
                                        Chicago, IL  60606
                                        Phone:  312-521-2000

**CERTIFICATE OF SERVICE**

    Colleen E. McManus, an attorney, certifies that on December 4, 2007, she caused the **Appellant Scattered Corporation's Reply in Support of Motion for Leave to Appeal** to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| Scott R. Clar: sclar@craneheyman.com | Cameron M. Gulden: Cameron.m.gulden@usdoj.gov |
|---|---|
| William T. Neary : USTPRegion11.ES.ECF@usdoj.gov | |

                                      /s/ Colleen E. McManus