*MHN*

**FILED**
DEC 1 2 2007   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 07-cv-06532 |
| ) | |
| SOUTH BEACH SECURITIES, INC., a ) | Hon. Joan H. Lefkow |
| Mississippi corporation, ) | |
| ) | Hearing: Tuesday, Dec. 11, 2007 |
| Debtor. ) | at 9:30 a.m. |

### APPELLANT LEON GREENBLATT'S MOTION TO EXTEND TIME TO FILE APPELLATE BRIEF

Leon Greenblatt, appellant herein and *pro se*, moves this Court to extend the time in which he may file his brief in support of appeal.

1. Mr. Greenblatt filed a notice of appeal of the Bankruptcy Court's order dated November 1, 2007 denying confirmation of South Beach Securities, Inc.'s plan of reorganization. The appeal was transmitted to the District Court on November 19, 2007.

2. Mr. Greenblatt believes his brief in support of appeal is due December 4, 2007.

3. Mr. Greenblatt does not have counsel herein, is representing himself and requires additional time to prepare the brief in support of appeal. Accordingly, he requests an extension of 30 days in which to file his appellate brief.

WHEREFORE, Leon Greenblatt prays for an extension to January 3, 2008 of the time in which he may file his brief in support of appeal, and for such other relief as this Court deems just and proper.

Respectfully submitted,

LEON GREENBLATT, *pro se*

## CERTIFICATE OF SERVICE

Leon Greenblatt certifies that on the 12th day of December, 2007, he caused the foregoing Notice of Motion and Motion to Extend Time to File Appellant Brief to be served upon the following parties via U.S. mail, postage prepaid.

| | |
|---|---|
| Scott R. Clar, Esq.<br>Crane, Heyman, Simon, Welch & Clar<br>135 S. LaSalle Street, Suite 3705<br>Chicago, IL 60603<br>Phone: (312)641-6777<br>Counsel for South Beach Securities, Inc. | Gregory Jordan<br>Polsinelli Shalton Flanigan Suelthaus, PC<br>Two Prudential Plaza<br>180 N. Stetson Ave., Ste. 4525<br>Chicago, IL 60601<br>Phone: (312)819-1900<br>Counsel for Leon Greenblatt |
| M Gretchen Silver<br>Cameron M. Gulden<br>U.S. Trustee's Office<br>227 W. Monroe Street, Ste. 3350<br>Chicago, IL 60606<br>Phone: (312) 886-3327<br>Counsel for U.S. Trustee William T. Neary | Louis D. Bernstein<br>Colleen McManus<br>Much Shelist Denenberg Ament & Rubenstein, PC<br>11 N. Wacker Dr. Ste. 1800<br>Chicago, IL 60606<br>(312)521-2100<br>Counsel for Scattered Corporation |

_____
LEON GREENBLATT, pro se