MHW

**FILED**
DEC 12 2007  NF
12-12-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan H. Lefkow |
| Mississippi corporation, | ) | |
| | ) | Hearing Date: December 18, 2007 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on December 18, 2007 at 9:30 a.m. or as soon thereafter as may be heard, I shall appear before the Honorable Joan H. Lefkow in a courtroom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her stead and shall then and there present the attached **Motion of Leon Greenblatt to Extend Time to File Appellate Brief,** a copy of which accompanies this Notice.

LEON GREENBLATT, PRO SE

_____
LEON GREENBLATT
330 South Wells, Suite 711
Chicago, IL 60606
312-341-4040