UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **SOUTH BEACH SECURITIES, INC.** | ) | CASE NO. 07-6532 |
| | ) | |
| SCATTERED CORPORATION, | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **WILLIAM T. NEARY, U.S. TRUSTEE** | ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| Appellee | ) | |
| | ) | |

**NOTICE OF MOTION**

To:  See Attached Service List

　　　PLEASE TAKE NOTICE that on **Tuesday, December 18, 2007, at 9:30 a.m.**, I shall appear before the Honorable Joan H. Lefkow, Judge of the United States District Court, Northern District of Illinois, in Courtroom 1925, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, or before any other Judge who may be sitting in her place and shall present and request an immediate hearing on a **MOTION TO CLARIFY BRIEFING ORDER,** a copy of which is attached and served on you.

　　　　　　　　　　　　　　　　　　/S  Cameron M. Gulden
　　　　　　　　　　　　　　　　　Cameron M. Gulden, Attorney
　　　　　　　　　　　　　　　　　OFFICE OF THE UNITED STATES TRUSTEE
　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 3350
　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　(312) 886-2614

**CERTIFICATE OF SERVICE**

       I, Cameron M. Gulden, attorney, state that service of the **MOTION TO CLARIFY BRIEFING ORDER** on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the appended service list, I caused a copy to be sent via first class Mail to the addresses indicated before 5:00 p.m. on December 13, 2007.

       /S   Cameron M. Gulden
       Cameron M. Gulden, Attorney
       OFFICE OF THE UNITED STATES TRUSTEE
       227 W. Monroe Street, Suite 3350
       Chicago, Illinois 60606
       (312) 886-2614

**Parties Served Through the Court's Electronic Notice for Registrants**

Scott R. Clar   sclar@craneheyman.com
Louis D. Bernstein   lbernstein@muchshelist.com
Colleen E. McManus   cmcmanus@muchshelist.com
Gregory J. Jordan   gjordan@polsinelli.com

**Parties Served via First Class Mail**

South Beach Securities, Inc.
Leon Greenblatt III
330 South Wells, Suite No. 718
Chicago, IL 60606