

FILED
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 07-cv-06532   APR 14 2008 |
| ) | |
| SOUTH BEACH SECURITIES, INC., a ) | Hon. Joan H. Lefkow |
| Mississippi corporation, ) | |
| ) | Hearing: Thurs., April 17, 2008 |
| Debtor. ) | at 9:30 a.m. |

### APPELLANT LEON GREENBLATT'S MOTION
### TO EXTEND TIME TO FILE APPELLATE BRIEF

Leon Greenblatt, appellant herein and *pro se*, moves this Court for leave to file brief in support of appeal *instanter*.

1. Mr. Greenblatt timely filed a notice of appeal of the Bankruptcy Court's order dated November 1, 2007 denying confirmation of South Beach's plan of reorganization and its January 2, 2008 order dismissing South Beach's Chapter 11 case.

2. By order of this Court, Mr. Greenblatt's brief in support of appeal was due April 11, 2008.

3. Despite Mr. Greenblatt's best effort, albeit without counsel and a support staff, he was unable to file his brief until April 14, 2008. A one-business-day delay is not likely to prejudice any parties to this appeal.

WHEREFORE, Leon Greenblatt prays for leave to file his appellate brief *instanter*, and for such other relief as this Court deems just and proper.

Respectfully submitted,

LEON GREENBLATT, *pro se*