UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 14 2008

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-cv-06532 |
| | ) | |
| SOUTH BEACH SECURITIES, INC., a | ) | Hon. Joan H. Lefkow |
| Mississippi corporation, | ) | |
| | ) | Hearing: Thurs., April 17, 2008 |
| Debtor. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

TO: Parties on the attached service list

PLEASE TAKE NOTICE THAT on **Thursday, April 17, 2008 at 9:30 a.m.**, I will appear before the Honorable Joan H. Lefkow, presiding in courtroom 1925 at 219 South Dearborn Street, Chicago, Illinois, and present my Motion For Leave To File Appellate Brief *Instanter*.

Respectfully submitted,

LEON GREENBLATT, *pro se*

## CERTIFICATE OF SERVICE

The undersigned, certifies that on April 14, 2008 he served copies of this motion on all parties listed below by first class mail from 330 S. Wells, Suite 718, Chicago, Illinois.

Cameron Gulden
United States Trustee's Office
219 S. Dearborn Street
Suite 873
Chicago, IL 60604

Jonathan T. Mann
79 West Monroe Street
Suite 1222
Chicago, IL 60603

Louis Bernstein
Much Shelist
191 N. Wacker
Suite 1800
Chicago, IL 60606

_Leon Greenblatt_