**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 08cv1135 (consolidated)** |
| | ) | |
| **SOUTH BEACH SECURITIES, INC., a** | ) | **Hon. Joan Humphrey Lefkow** |
| **Mississippi corporation,** | ) | |
| | ) | **Hearing: Thurs., June 19, 2008** |
| **Debtor.** | ) | **at 9:30 a.m.** |

**APPELLANT SCATTERED CORPORATION'S UNOPPOSED**
**MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

Scattered Corporation ("Scattered"), by its undersigned attorneys, makes this unopposed

motion, pursuant to Fed. R. Bankr. P. 8009(a), to extend the time by which it must file its reply

brief in support of appeal.

1.      On January 14, 2008, Scattered filed a notice of appeal of (i) the Bankruptcy

Court's order dated November 1, 2007 denying confirmation of South Beach Securities, Inc.'s

plan of reorganization, and (ii) the Bankruptcy Court's order dated January 2, 2008 dismissing

this bankruptcy case.

2.      On or about February 25, 2008, this appeal was transmitted to the District Court.

3.      By order dated March 6, 2008, this Court provided appellants Scattered, South

Beach and Leon Greenblatt a deadline of April 11, 2008 to file their opening appellate briefs.

The United States Trustee, appellee herein, had until May 12, 2008 to file his response brief, and

appellants had until June 2, 2008 to file their reply briefs.

4.      After the appellants filed their appellate briefs, however, the U.S. Trustee moved

to dismiss Mr. Greenblatt's appeal.  By Court order dated April 24, 2008, this Court permitted

the U.S. Trustee to file his response brief within 21 days after the Court's ruling on the motion to

dismiss.  Appellants then would have had 21 days thereafter to file their reply briefs.

5.      This Court dismissed Mr. Greenblatt's appeal, and the U.S. Trustee timely filed his response brief on June 6, 2008.  Scattered's reply brief would be due June 27, 2008.

6.      Since the undersigned counsel filed Scattered's opening appellate brief, briefing deadlines have been set in two appellate cases on which she was not working until May 2008, as follows:  An appellate reply brief due June 24 in the Seventh Circuit Court of Appeals and an opening appellate brief due June 27, 2008 in the District Court.

7.      Accordingly, Scattered requests that this Court extend until June 30, 2008 the date by which it must file its reply brief.  Prior to filing this motion, Scattered contacted the U.S. Trustee's counsel, who indicated they do not object to this short extension.

**WHEREFORE**, Scattered Corporation prays that this Court extend to June 30, 2008 the time by which Scattered must file its reply brief, and provide such other relief as the Court deems just and proper.

**SCATTERED CORPORATION**

By:  /s/ Colleen E. McManus
        One of its attorneys

Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus ARDC No. 06243473
**Much Shelist Denenberg Ament
    & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Phone:  312-521-2000
Fax:  312-521-2100

2