**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 07-cv-06532** |
| | ) | |
| **SOUTH BEACH SECURITIES, INC., a** | ) | **Hon. Joan H. Lefkow** |
| **Mississippi corporation,** | ) | |
| | ) | **Hearing:  Thurs., June 19, 2008** |
| **Debtor.** | ) | **at 9:30 a.m.** |

**NOTICE OF MOTION**

TO:    See Attached List

      **PLEASE TAKE NOTICE** that on **Thursday, June 19, 2008**, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before The Honorable Joan H. Lefkow in a courtoom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her stead, and shall then and there present the attached **Appellant Scattered Corporation's Motion to Extend Time to File Reply Brief**, a copy of which accompanies this notice.

                           **Scattered Corporation**


                        By: /s/Colleen E. McManus
                               One of its Attorneys


Louis D. Bernstein ARDC No. 6192379
Colleen E. McManus, ARDC No. 06243473
Much Shelist Denenberg
  Ament & Rubenstein, PC
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
312-521-2000

## CERTIFICATE OF SERVICE

Colleen E. McManus, an attorney, certifies that on June 13, 2008, she caused the **Appellant Scattered Corporation's Motion to Extend Time to File Reply Brief** to be filed electronically by operation of the Court's electronic filing system to the following parties and via messenger to any denoted party:

William T. Neary: USTPRegion11.ES.ECF@usdoj.gov

Cameron M. Gulden: Cameron.m.gulden@usdoj.gov


Jonathan T. Mann
79 W. Monroe Street
Suite 1222
Chicago, IL  60603
Via Messenger


/s/ Colleen E. McManus